# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GRAFFT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEA FARM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 1:20-cv-00804-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>FORTY-FIVE DAY DEADLINE |

On July 30, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. The parties request forty five days in which to file dispositional documents.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within forty-five (45) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **July 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1