# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GRAFFT, et al., | Case No. 1:20-cv-00804-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| GEA FARM TECHNOLOGIES, INC., et al., | FIVE DAY DEADLINE |
| Defendants. | |

Defendants GEA Farm Technologies, Inc. and GEA North America, Inc. removed this action from the Tulare County Superior Court to the Eastern District of California on June 8, 2020. (ECF No. 1.) On July 30, 2020, a notice of settlement was filed and the parties were ordered to file dispositive documents within forty-five days. (ECF Nos. 10, 11.) More than forty-five days have passed and the parties have not filed dispositive documents or otherwise responded ot the July 30, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE in writing within **five (5) days** of the date of entry of this order why dispositive documents have not yet been filed.  **The parties are forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE