# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GRAFFT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GEA FARM TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00804-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR FILING OF DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 12, 13)<br><br>FORTY-FIVE DAY DEADLINE |

　　　Defendants GEA Farm Technologies, Inc. and GEA North America, Inc. removed this action from the Tulare County Superior Court to the Eastern District of California on June 8, 2020. (ECF No. 1.)  On July 30, 2020, a notice of settlement was filed and the parties were ordered to file dispositive documents within forty-five days.  (ECF Nos. 10, 11.)  When the deadline passed and the parties had not filed dispositive documents or otherwise responded to the July 30, 2020 order, an order issued on September 16, 2020, requiring the parties to show cause why sanctions should not issue for the failure to comply.

　　　On September 17, 2020, a declaration was filed requesting an additional forty-five days to complete the settlement and file dispositive documents.

　　　Based on the response to the order to show cause, IT IS HEREBY ORDERED that:

　　　1.　　　The September 16, 2020 order to show cause (ECF No. 12) is DISCHARGED;

2.       The parties SHALL FILE dispositive documents within forty-five days of the date of entry of this order; and

3.       Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 18, 2020**

UNITED STATES MAGISTRATE JUDGE